UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE NEIL'S MAZEL, INC.

Chapter 11

Case No. 00-22010-260

Debtor,

BGA, LLC, ET AL.,.

Plaintiff/Appellant

Adv. Pro.
04-90301-1
(REL)

-against-

COUNTY OF ULSTER,

Civil Action
1:05-CV-0697
(LEK)

Defendant/Appellee.

## **DECISION AND ORDER**

On May 19, 2005, Appellant filed with this Court a Notice of Appeal from an Order of the United States Bankruptcy Court for the Northern District of New York, entered on May 11, 2005. Appellant has not complied with Bankruptcy Rule 8006. This Court has not received a designation of the items to be included in the record on appeal and a statement of issues to be presented as required by the Bankruptcy Rules within ten days of filing the Notice of Appeal. Appellant has not filed for an extension of time in which to comply with Rule 8006 and no further submissions have been received by the Court.

Accordingly, it is hereby:

ORDERED, that the appeal is **DISMISSED**; and it is further

ORDERED that the Clerk of the Court shall serve copies of this order by regular mail upon the parties to this action.

IT IS SO ORDERED.

DATED:   June 10, 2005
         Albany, New York

Lawrence E. Kahn
U.S. District Judge